UNCLASSIFIED//FOR PUBLIC RELEASE



# Department of Defense
**Office for the Administrative Review
of the Detention of Enemy Combatants (OARDEC)
at U.S. Naval Base Guantanamo Bay, Cuba
1010 Defense Pentagon, Washington, D.C. 20301-1010**

~~SECRET//NOFORN~~

## ACTION MEMO

30 April 2007

FOR:  Designated Civilian Official (DCO)

FROM:  Convening Authority, Combatant Status Review Tribunal 4/30/07

SUBJECT:   FINAL REVIEW OF COMBATANT STATUS REVIEW TRIBUNAL ICO
MUSTAFA AHMED AL HAWSAWI, ISN US9SA-010011DP (SAUDI
ARABIA)

- The Combatant Status Review Tribunal (CSRT) for Detainee ISN 10011 was completed on 21 March 2007. The Tribunal determined that this detainee meets the criteria for designation as an Enemy Combatant.

RECOMMENDATION:  That the DCO, as the final review authority, approve the CSRT decision by initialing:

Approve the decision of the Combatant Status Review Tribunal _____ 5-4-07

Return the Record of Proceedings to the Tribunal for further proceedings_____

ATTACHMENTS:
TAB A  Legal Sufficiency Review
TAB B  Tribunal President's Report of Proceeding

Prepared by:  Frank Sweigart, Convening Authority ███████

UNCLASSIFIED//FOR PUBLIC RELEASE