UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUSTAFA AHMED AL-HAWSAWI )
)
Petitioner, )
)
v. ) Civil Case No. 21-2907 (RJL)
)
JOSEPH R. BIDEN JR., *et al.*, )
)
Respondents. )

## ORDER

(March 12, 2024) [Dkt. #12]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Respondents' Motion to Dismiss or for Judgment is **GRANTED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge