# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MUSTAFA AHMED AL-HAWSAWI,<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Respondents. | Civil Action No. 21-cv-2907 (RJL) |

## NOTICE OF APPEAL

Petitioner Mustafa Ahmed al-Hawsawi, through undersigned counsel, hereby appeals all aspects of this Court's order entered on March 21, 2025 in the above-captioned case (Dkt 54) to the United States Court of Appeals for the District of Columbia Circuit.

Dated: May 16, 2025

Respectfully submitted,

/s/Stefan Krieger
Stefan H. Krieger (NY0341)
Attorney for Petitioner
Hofstra Law Clinic
108 Hofstra Law Clinic
108 Hofstra Universit
Hempstead, NY 11549
516-463-5934

## CERTIFICATE OF SERVICE

On May 16, 2025 I electronically submitted this document under seal to the clerk of court of the U.S. District Court for the District of Columbia using the court's electronic case filing system. I certify that I have served all parties electronically as authorized by Federal Rule of Civil Procedure 5(b)(2)(E).

/s/Stefan Krieger
Stefan H. Krieger (NY0341)
Attorney for Petitioner
Hofstra Law Clinic
108 Hofstra University
Hempstead, NY 11549
516-463-5934